IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DeWAYNE WREN and ROBERT WINDHAM, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> VALVOLINE LLC, d/b/a VALVOLINE ) <br> INSTANT OIL CHANGE, a corporation, ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. 3:20-cv-00414-JPG |

***** ***** *****

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

PLAINTIFFS, DeWayne Wren and Robert Windham, and DEFENDANT, Valvoline LLC d/b/a Valvoline Instant Oil Change, by and through their respective undersigned attorneys and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismissal, with prejudice, of each and all of Plaintiffs' claims asserted in this lawsuit.

WHEREFORE, the Parties pray this case be dismissed with prejudice and that each Party bear its own attorneys' fees and costs.

Respectfully submitted, this 21st day of December 2021, by:

| | |
|---|---|
| */s/ Mark S. Schuver (w/ permission)* <br> Mark S. Schuver, #06197656 <br> Natalie T. Lorenz, #06309572 <br> MATHIS, MARIFIAN & RICHTER, LTD. <br> 23 Public Square, Suite 300 <br> P.O. Box 307 <br> Belleville, Illinois 62220 <br> Telephone: (618) 234-9800 <br> Facsimile: (618) 234-9786 <br> Email:  mschuver@mmrltd.com <br>             nlorenz@mmrltd.com <br><br> COUNSEL FOR PLAINTIFFS | */s/ George D. Adams* <br> George D. Adams <br> Chantell C. Foley <br> FISHER & PHILLIPS LLP <br> 220 West Main Street, Suite 1700 <br> Louisville, Kentucky 40202 <br> Phone:  (502) 561-3975 <br> Fax:  (502) 561-3975 <br> E-mail: gadams@fisherphillips.com <br>             cfoley@fisherphillips.com <br><br> COUNSEL FOR DEFENDANT |

FP 42353371.1

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 21st day of December 2021, I electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                            */s/ George D. Adams*
                                            COUNSEL FOR DEFENDANT